## ENOCH FIFIELD, SURVIVOR OF DAVID FRARY AND ENOCH FIFIELD, *versus* LOWRIN MARSH, BENJAMIN DAVIS AND HEMAN BROWN, JR.

JOURNAL ENTRIES (1821): *Journal 3:* (1) Transcript filed, motion for judgment *p. 208; (2) judgment *p. 210.

PAPERS IN FILE: (1) Transcript of county court record; (2) copy of precipe for capias filed in county court; (3) copy of county court capias; (4) copy of county court subpoena; (5) copy of affidavit for continuance filed in county court; (6) copy of recognizance on appeal; (7) taxed bill of costs; (8) transcript of docket entries; (9) precipe for execution ca. sa.

*1821 Calendar*, MS p. 115. Recorded in *Book A*, MS pp. 156–63.

## GLADDEN BONNEY *versus* BENJAMIN DOW AND ZEPHANIAH W. BUNCE

JOURNAL ENTRIES (1821): *Journal 3:* (1) Rule for special bail or procedendo *p. 215; (2) rule for remand by procedendo *p. 223.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) copy of indorsement on county court capias.

*1821 Calendar*, MS p. 15.